UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No.  3:23-mj-00723 (MEG)<br><br>August 17, 2023 |

## MOTION TO SEAL

In accordance with Local Rule 57 of the Local Rules of Criminal Procedure, the United States respectfully submits this motion to seal the Application and Order pursuant to 18 U.S.C. § 2703(d) (collectively, the "Sealed Documents"), for a period of one year, until August 17, 2024. The United States submits that sealing is necessary because the matter relates to an ongoing criminal investigation that is neither public nor known to the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached court order will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses.

Accordingly, the United States submits that sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order sealing the Sealed Documents until August 17, 2024.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

*Digitally signed by NEERAJ PATEL*
*Date: 2023.08.17 12:34:17 -04'00'*

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv04499
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:   (203) 821-3700
Email: neeraj.patel@usdoj.gov