UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Case No. 3:23-mj-00723 (MEG) |

**ORDER TO SEAL**

The United States has submitted a motion to seal the Application and Order issued pursuant to 18 U.S.C. § 2703(d) for a period of one year, until August 17, 2024.

The Court finds that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the Court determines that this matter pertains to ongoing criminal investigation that is neither public nor known to the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the materials will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or intimidate potential witnesses.

IT IS THEREFORE ORDERED that the Application and Order issued pursuant to 18 U.S.C. § 2703(d) are sealed until August 17, 2024.

Dated: August 17, 2023

Maria E. Garcia
Digitally signed by Maria E. Garcia
Date: 2023.08.17 16:22:06 -04'00'

HON. MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE